Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE　　　　FORM 3

| Coalition For Fair Trade in Shopping Bags |
|---|
| **Plaintiff,** |
| v. |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S** Case

No. 24-cv-00157

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　Clerk of the Court

1. Name and Standing of Plaintiff
   Plaintiff Coalition For Fair Trade in Shopping Bags ("Plaintiff" or "the Coalition") is an association comprised of Novolex Holdings, LLC (a domestic producer of paper shopping bags) and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (a certified union whose workers who are engaged in the production of paper shopping bags). Plaintiff was the petitioner in the proceeding that led to the contested determination and is an interested party pursuant to 19 U.S.C. §1677(9)(F). Plaintiff has standing to bring this action under 28 U.S.C. § 2631(c).

2. Brief Description of Contested Determination
   Plaintiff contests certain aspects of the final determination made by the International Trade Administration of the U.S. Department of Commerce in the antidumping investigation of certain paper shopping bags from Colombia. The final determination was published as *Certain Paper Shopping Bags From Colombia: Final Affirmative Determination of Sales at Less Than Fair Value*, 89 Fed. Reg. 45843 (Dep't Commerce May 24, 2024).

3. Date of Determination
   The final determination was issued on May 17, 2024. Plaintiff timely files this summons within thirty (30) days of publication in the Federal Register of the antidumping duty order based on the final affirmative determination. *See* 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and 19 U.S.C. § 1516a(a)(2)(B)(i).

4. <u>Date of Publication of Notice of Contested Determination</u>
The final determination was published in the Federal Register on May 24, 2024 (89 Fed. Reg. 45843).  The antidumping duty order based on the final determination was published in the Federal Register on July 18, 2024 (89 Fed. Reg. 58334).

<u>August 16, 2024</u>
Date

<u>*/s/ J. Michael Taylor*</u>
J. Michael Taylor
**King & Spalding LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 216-4819
jmtaylor@kslaw.com

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch- Civil Division
U.S. Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Jeanne E. Davidson
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Leslie Kiernan
General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC  20230

Robert Heilferty, Chief Counsel
Office of the Chief Counsel for Trade
Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., N.W.
Room 3622
Washington, D.C. 20230


(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)