# UNITED STATES COURT OF INTERNATIONAL TRADE

COALITION FOR FAIR TRADE IN
SHOPPING BAGS,

    *Plaintiff*,

v.

UNITED STATES,

    *Defendant*,

and

DITAR, S.A.,

    *Defendant-Intervenor*.

Ct. No. 24-00157-MMB

## JUDGMENT

Following a court-ordered remand, *see* Slip Opinion 25-129 (ECF 39), 2025 WL 2795053 (CIT Oct. 1, 2025), the litigants state that no party opposes the remand results. *See* ECF 46. As those results are presumptively correct, *see* 28 U.S.C. § 2639(a)(1), the court sustains the Department of Commerce's redetermination (ECF 43).

Dated:    April 13, 2026        /s/ *M. Miller Baker*
            New York, New York    M. Miller Baker, Judge